MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Willie James Ellis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:17-cv-13852
Judge: Michelson, Laune J.
MJ: Davis, Stephanie Dawkins
Filed: 11-29-2017 At 04:01 PM
CMP WILLIE JAMES ELLIS V PROSPECT A
IRPORT SERVICES, ET AL (LG0

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

**v.**

A. Prospect Air Port Services.
B. State of Mich. Unemployment Agency,
C. "  "   "  " • Workers Compensation
D. MacArthur, MacArthur & Associates.
E. Stalburg, Fisher, Weberman & Verros, P.C.,
F. Teachout Security Solutions, Inc.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

I' began Working For The Defendant Prospect Services on 10-13-2015. I' was hired As A Lavator-/ Truck Driver. I' Told The defendant of M-/ Past employment At The Air Port with Huntley USA Security At Metro Air Port. I' Informed Them of My disability From That employment. WE Informed Them of My Capabillities As They Told Me what They had Open. I' Accepted employment As A Truck Driver And That Was In My Physical Limits, After About Three Months or Less. They Started To Treat Me Like I' had done Something To Them And Said They Were Transferring Me To Another WE department. That Is When They Changed MY Job Into Something They Knew I' Couldent do, Manual Labor. To Get To Why They did It was because of, MacAuthur & MacAuthur Who Was The Attorneys In The Previous Case. They Were Trying To make Me Quit, Continued Attached Sheet

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Willie J. Ellis Plaintiff(s),

v.

Case No.

Judicial Officer:

PROSPECT AIR PORT SERVICES
STATE OF Mich: Defendant(s).

## CONTINUED COMPLAINT FOR CIVIL CASE

They Continued To haRASSe Me And NoT LeT Me do The Job I WAS hired To do. So FiNAlly I GeT huRT TRyinc To do The JOB They Knew I WAS uNAble To do. ThAT Is WheN I FouNd ouT WhAT WAS ReAlly GoiNc oN. RANdy MCaRThuR WAS CoAchinc Them WhAT To do.

To The UNiTed DisTRicT CouRT.
My RichTs hAve beeN GRoSSley ViolATed, by eveRy ONe I NAMed IN This CompLAiNT. TheRe Is docuMeNTs To SuppoRT eveRyThinc I AM W.E. AcUSinc These PeoPle oF AS Well AS WiTNeses To All FACTs. The E.E.O.C. IS TRyinc To PAss This To The FedeRAl CouRT Now Like I WANTed Tock IN The beciNNiuc. They Told me They Could NoT INvesTicATe This CASe. I have A LeTTeR oF RichT To Sue IN The FedeRAl CouRT. ONce This HoNoRAble CouRT See RecoRds ANd docuMeNTS, MP3 Diske OF The FiRsT TRiAl I AM SuRe This Will be As CleAR AS The ChuRch Bell oN SuNdAy MoRNiNc To The CouRT. All oF These People IN Cludinc The STATe OF MichicAN MAcisTRATes ANd ATTORNeys hAs ViolATed FedeRAl LAWS. I PRAy This HoNoRAble CouRT Will Allow This CASe To CoNTiNue. I have docuMeNTed PRooF oF My AllecATioNs.

DeMANdiNc JuRy TRiAl

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Date: _11-29-2017_

_Willie James Ellis_
Signature of Filer

_Willie James Ellis_
Printed Name of Filer

_529 E. Brockton Ave_
Address

_Madison Heights Mich. 48071_
City, State, Zip Code

_(248) 757-9943_
Telephone Number

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 471-2017-03022 |

| **Michigan Department Of Civil Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Willie J. Ellis** | **(248) 757-9943** | **1944** |

Street Address          City, State and ZIP Code

**408 Forest Ave., Royal Oak, MI 48067**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **PROSPECT AIRPORT SERVICES** | **500 or More** | **(734) 247-2410** |

Street Address          City, State and ZIP Code

**Detroit Mcnamara Terminal, 2507 World Gateway Place, Detroit, MI 48242**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address          City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest       Latest |
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN | **06-15-2017**    **06-15-2017** |
| ☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I began working for the above-named employer in or around October 13, 2015. I was most recently employed as a Lavatory Driver. On or about July 27, 2016, I filed an EEOC Charge of Discrimination (No.: 471-2016-03171) against the employer.**

**In or around November 2016, I resigned as part of a Settlement Agreement reached with the employer. On or about June 15, 2017, I was denied unemployment benefits due to my resignation.**

**I believe I have been denied unemployment benefits in retaliation for filing an EEOC Charge of Discrimination and due to my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended, due to my age, 72, in violation of the Age Discrimination in Employment Act of 1967, as amended and due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 08-30-17   /s/ Willie Ellis | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date      Charging Party Signature | 8-30-17 |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Willie James Ellis_

Street Address _~~5214~~ 529 E. Brockton Ave._

City and County _Madison Heights  Oakland_

State and Zip Code _Michigan  48071_

Telephone Number _248-757-9943_

E-mail Address _Willieellis4@gmail.com_

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Prospect Air Port Services_

Job or Title (if known) _Employers_

Street Address _World Gateway/2507 McNamara Term_

City and County _Detroit  Wayne_

State and Zip Code _Mich. 48242_

Telephone Number _734-247-2410_

E-mail Address (if known) _—_

Defendant No. 2

Name _MacArthur & MacArthur,_

Job or Title (if known) _Lawyers_

Street Address _2731 S. Adams Rd._

City and County _Rochester Hills Mi ~~48309~~_

State and Zip Code _Mich  48309_

Telephone Number _248-844-9043_

E-mail Address (if known) _____

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name     *ARMIN FISHER*

Job or Title     *ATTORNEY*
(if known)

Street Address     *20245 W. Twelve Mile Rd.*

City and County     *Southfield*

State and Zip Code     *Mich. 48076*

Telephone Number     *248-354-4444*

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Willie James Ellis

**DEFENDANTS** Prospect Air Port Services Reachout Security State of MI Workers Comp State of MI Unemployment Ins

**(b)** County of Residence of First Listed Plaintiff Oakland County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 248-752-9943
529 E. Brockton Ave.
Madison Heights MI 48071

Case: 2:17-cv-13852
Judge: Michelson, Laurie J.
MJ: Davis, Stephanie Dawkins
Filed: 11-29-2017 At 04:01 PM
CMP WILLIE JAMES ELLIS V PROSPECT A
IRPORT SERVICES, ET AL (LG0

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐X 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐X 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐X 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐X 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐X 710 Fair Labor Standards Act MI 121 | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐X 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐X 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of Constitutional Amendment Preventing Me From having Fair Access To The Court

Brief description of cause:
A Title VII of the Civil Rights Act of 1964 Age Discrimination 1967

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD Willie J Ellis

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?

☐ Yes
☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

☑ Yes
☐ No

If yes, give the following information:

Court: _WORKER COMP, UNEMPLOYMENT INS._

Case No.: _____

Judge: _____

Notes: _The COMP AGENCY WON'T LET ME View The File To GET The
INFORMATION I Need. I Need Time To GET INFORMATION From
STATE COURT Files_